William E. von Behren (Bar No. 106642)
bvonbehren@mmhllp.com
Joann V. Lee (Bar No. 251653)
jlee@mmhllp
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
Anthem Blue Cross Life and Health Insurance Company

FILED
CLERK, U.S. DISTRICT COURT
OCT 19 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA N., <br><br> Plaintiff, <br><br> vs. <br><br> ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, <br><br> Defendant. | Case No. CV 11-03929 SVW (MANx) <br><br> [PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE <br><br> FRCP 41(a) <br><br> [Filed concurrently with Stipulation For Dismissal] <br><br> Complaint Filed: May 6, 2011 |

Based upon the stipulation of the parties, and for good cause shown:

**IT IS HEREBY ORDERED** that this action, Case No. CV 11-03929 SVW (MANx) is dismissed in its entirety, with prejudice.

**IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter.

DATED: 10/18/11

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT COURT